IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAMON BERARDI**, )
)
    Plaintiff, )
)
v. ) Civil No. **05-898-CJP**
)
**VILLAGE OF SAUGET, ILLINOIS, et al.,** )
)
    Defendants. )

## ORDER

**PROUD, Magistrate Judge:**

On September 14, 2009, after a jury had been selected and sworn in the first stage of the bifurcated trial of this action, the parties reached an agreement to settle all claims against all defendants.

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice, without costs, except for costs associated with the jurors called in for September 14, 2009, which will be assessed by separate order. The parties have the right to reopen the action if settlement is not consummated within 60 days from the date of this order. The dismissal will automatically be with prejudice 60 days after the date of this Order, and final judgment will enter accordingly.

**IT IS SO ORDERED.**

**IT IS SO ORDERED.**

DATED: September 14, 2009

                                                        s/ **Clifford J. Proud**
                                                      **CLIFFORD J. PROUD**
                                                      **U. S. MAGISTRATE JUDGE**