IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DAMON BERARDI**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **05-898-CJP** |
| | ) | |
| **VILLAGE OF SAUGET, ILLINOIS, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

On Friday, September 11, 2009, a jury was selected, sworn-in and told to report to Court on Monday, September 14, 2009.  The parties reached a settlement agreement on Sunday, September 13, 2009, but did not properly notify the Court.  Therefore, the jurors appeared unnecessarily.  Therefore the parties shall jointly be responsible for the cost of the jury (the daily fee, plus mileage) for September 14, 2009.

**IT IS THEREFORE ORDERED** that, on or before **November 16, 2009**,  plaintiff and defendants shall pay the Clerk of Court a total of **$392.35**, for the cost of the jury on September 14, 2009.  The parties are jointly responsible for payment.  Payment may be coordinated with the Clerk of Court.

**IT IS SO ORDERED.**

**DATED: September 15, 2009**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**