# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAMON BERARDI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.   05-898-CJP |
| | ) |
| VILLAGE OF SAUGET, IL, JEFF | ) |
| DONAHEY, and BOARD OF FIRE | ) |
| AND POLICE COMMISSIONERS OF | ) |
| THE CITY OF GRANITE CITY, | ) |
| | ) |
| Defendant(s), | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Clifford J. Proud on September 14, 2009, (Doc. 115), the above-captioned action is **DISMISSED** with prejudice.

**Dated: December 4, 2009**

**Nancy J. Rosenstengel, Clerk of Court**

**By:   S/Angie Vehlewald**
            **Deputy Clerk**

**Approved:   S/Clifford J. Proud**
              **Clifford J. Proud**
              **United States Magistrate Judge**